IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NOS. 05-708 AND 07-689 |
| : | |
| DONALD HOMAN   : | |
| USM # 60073-066   : | |

### CORRECTED ORDER

AND NOW this 9th day of March, 2016, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 125 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

*[signature]*
THE HONORABLE CYNTHIA M. RUFE
United States District Court Judge

cc
USMS (2) xc
US Probation (2) cc